**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  New Jersey _____
(State)

Case number (*If known*): _____ Chapter  11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | EEW American Offshore Structures Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____ |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 4 – 3 3 3 0 2 7 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 100     Offshore Drive<br>Number    Street | _____<br>Number    Street |
| _____ | _____<br>P.O. Box |
| Paulsboro      NJ    08066<br>City      State    ZIP Code | _____<br>City      State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Gloucester<br>County | _____<br>Number    Street |
| | _____<br>City      State    ZIP Code |

5. **Debtor's website** (URL)    https://eew-group.com/company/our-facilities/eew-aos-philadelphia/

Debtor     EEW American Offshore Structures Inc.                    Case number (*if known*)_____
              Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❏ Partnership (excluding LLP)

❏ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. § 101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3   3   1   7

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❏ A plan is being filed with this petition.

   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

Debtor  EEW American Offshore Structures Inc.
_____
Name

Case number (*if known*)_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  EEW AOS Paulsboro Urban Renewal, LLC   Relationship  Subsidiary_____

District  of New Jersey_____   When  04/08/2026_____
                                                        MM / DD / YYYY

Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____   _____  _____
City                                       State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency  _____

Contact name  _____

Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor  EEW American Offshore Structures Inc.
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/08/2026
MM   / DD / YYYY

✖ /s/ Tom Pratt                          Tom Pratt
Signature of authorized representative of debtor        Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✖ /s/ Brett S. Theisen                Date   04/08/2026
Signature of attorney for debtor              MM   / DD / YYYY

Brett S. Theisen
Printed name
Connell Foley LLP
Firm name
56          Livingston Avenue
Number       Street
Roseland                                     NJ          07068
City                                         State      ZIP Code

973-535-0500                                 btheisen@connellfoley.com
Contact phone                                Email address

021342010                                    NJ
Bar number                                   State

# EEW AMERICAN OFFSHORE STRUCTURES INC.

## UNANIMOUS WRITTEN CONSENT OF

## THE DIRECTORS

## TO

## ACTIONS WITHOUT A MEETING

The undersigned, being all of the Directors of the Board (the "**Board**") of EEW AMERICAN OFFSHORE STRUCTURES INC., a Delaware corporation (the "**Company**"), do hereby take the following actions in lieu of meetings of the Board of the Company, and do hereby adopt the following resolutions by unanimous written consent, as of the date hereof, pursuant to the Business Corporation Law of the State of Delaware:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and its subsidiaries and the Company's business on the date hereof, including historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's services; and

WHEREAS, the Board has received, reviewed and considered the recommendations of senior management of the Company and the Company's legal, financial other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code as to both the Company and its subsidiary EEW AOS PAULSBORO URBAN RENEWAL, LLC, a Delaware limited liability company (the "**Subsidiary**"); and

WHEREAS, in the judgment of the Board, debtor-in possession-financing ("**DIP Financing**") is required in order to administer a Chapter 11 case and that entry into that certain *Senior Secured Debtor-in-Possession Loan and Security Agreement* (the "**DIP Facility**") by and among the Company and the Subsidiary, as borrower, as applicable, and the DIP lender thereunder, is desirable and in the best interests of the Company, its creditors, and other interested parties.

G118282.0821191  4936-9570-3452v1

THEREFORE, IT IS HEREBY RESOLVED, that it is desirable and in the best interests of the Company, and its creditors, shareholders, and other interested parties, that voluntary petitions be filed by the Company and the Subsidiary for relief under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED that the Company shall retain Tom Pratt from Applied Business Strategy LLC as Chief Restructuring Officer (the "**CRO**") in connection with the Company's financial and operational restructuring, and the Member hereby authorized and directed to execute appropriate retention agreements, and pay appropriate retainers to retain such CRO; and it is further

RESOLVED, that the CRO is hereby appointed as an officer of the Company, and along each of the other officers of the Company is referred to herein as an "**Authorized Person**"; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and directed to execute and file on behalf of the Company, on its own behalf and on behalf of the Subsidiary, as applicable, all petitions, schedules, lists and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief; and it is further

RESOLVED, that the Company shall be, and hereby is, authorized on its own behalf and on behalf of each Subsidiary, as applicable, to: (a) enter into, and perform its obligations under, the DIP Facility and take all actions necessary and appropriate to obtain DIP Financing according to the terms negotiated by one or more Authorized Persons, including under one or more loan agreements, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, mortgages, pledge agreements and all other documents, agreements or instruments related thereto (collectively, the "**Financing Transactions**") as may be deemed necessary or appropriate by one or more Authorized Person (such approval to be conclusively evidenced by the execution thereof or taking of such action by an Authorized Person); and (b) pay related fees and grant security interests in and liens upon, some, all or substantially all of the Company's or the Subsidiary's assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such Financing Transactions; and it is further

RESOLVED, that the law firm of Connell Foley LLP be employed as general bankruptcy counsel to the Company and the Subsidiary to represent and assist the Company in carrying out the Company's and the Subsidiary's duties

2

under Title 11 of the United States Code, and to take any and all actions to advance the Company's and the Subsidiary's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Connell Foley LLP; and it is further

RESOLVED, that Hilco Corporate Finance be employed as financial adviser to the Company and the Subsidiary to assist the Company and the Subsidiary in a potential sale process of its assets (including all equity interests in the Subsidiary held by the Company), and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Hilco Corporate Finance; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company and/or the Subsidiary as are deemed necessary to represent and assist the Company and the Subsidiary in carrying out the Company's and the Subsidiary's duties under Title 11 of the United States Code, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Company shall be, and hereby is, on behalf of itself and on behalf of the Subsidiary authorized to (i) file a motion with the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") seeking approval of bidding procedures to be used to facilitate the sale of all or substantially all of the Company's and the Subsidiary's assets, through one or more sales, pursuant to Section 363 of the Bankruptcy Code (the "**Potential Sale Transactions**") and (ii) conduct a marketing process to identify possible purchasers for the Potential Sale Transactions under the supervision of the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company and on behalf of the Subsidiary, to open such new bank accounts as may be

3

G118282.0821191   4936-9570-3452v1

necessary or appropriate during the course of the Chapter 11 case including certifying as to the adoption of standard new account resolutions as may be required by any financial institution; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company and on behalf of the Subsidiary, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, in the name and on behalf of the Company and on behalf of the Subsidiary, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

This consent shall be filed in the minute book of the Company, whereupon it shall constitute the act of the Board.

*[Signature page follows.]*

4

G118282.0821191  4936-9570-3452v1

IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of April 02, 2026.

**Director**
Charles Lamb

*Charles Lamb*
_____

**Director**
Christoph Schorge

_____

**Director**
Andreas Dietze

_____

**Director**
Markus Völkel

_____

**Director**
Michael Hof

_____

5

G118282.0821191  4936-9570-3452v1

**Fill in this information to identify the case and this filing:**

Debtor Name ___EEW AOS Offshore Structures Inc.___

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/08/2026___          ✗ /s/ Tom Pratt
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                                  Tom Pratt
                                                  Printed name

                                                  Chief Restructuring Officer
                                                  Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>EEW AMERICAN OFFSHORE STRUCTURES INC., *et al*.,<br><br>Debtors. [1] | Case No.: 26-_____ (     )<br><br>Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the above-captioned debtors' equity security holders. This list

has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in these Chapter 11

Cases.

**EEW American Offshore Structures Inc.**

| Holder Name | Mailing Address of Holder | Percentage of Interests Held |
|---|---|---|
| EEW AOS Holding GmbH | Im Gruenewald 2<br>57339 Erndtebrueck<br>Germany | 100% |

**EEW AOS Paulsboro Urban Renewal, LLC**

| Holder Name | Mailing Address of Holder | Percentage of Interests Held |
|---|---|---|
| EEW American Offshore Structures Inc. | 100 Offshore Drive,<br>Paulsboro, New Jersey 08066 | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are EEW American Offshore Structures Inc. (0270) and EEW AOS Paulsboro Urban Renewal, LLC (3844). The Debtors' mailing address is 100 Offshore Drive, Paulsboro, New Jersey 08066.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>EEW AMERICAN OFFSHORE STRUCTURES INC., *et al*.,<br><br>Debtors.[1] | Case No.: 26-_____ (      )<br><br>Chapter 11 |

<u>**CORPORATE OWNERSHIP STATEMENT**</u>

The following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtors' equity interests.  This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in these Chapter 11 Cases.

**EEW American Offshore Structures Inc.**

| Holder Name | Percentage of Interests Held |
|---|---|
| EEW AOS Holding GmbH | 100% |

**EEW AOS Paulsboro Urban Renewal, LLC**

| Holder Name | Percentage of Interests Held |
|---|---|
| EEW American Offshore Structures Inc. | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are EEW American Offshore Structures Inc. (0270) and EEW AOS Paulsboro Urban Renewal, LLC (3844). The Debtors' mailing address is 100 Offshore Drive, Paulsboro, New Jersey 08066.

**Fill in this information to identify the case:**

Debtor name ___EEW American Offshore Structures Inc., et al.___

United States Bankruptcy Court for the: _____  District of ___New Jersey___
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Taxes | | | | 2,200,000.00 |
| 2 | Paulsboro Waterfront Development LLC | Michael D. O'Mara, Esq. Stradley Ronon Stevens & Young, LLP 856-321-2400 momara@stradley.com | Rent | Disputed | | | 1,694,594.68 |
| 3 | New Jersey Department of Treasury | State of New Jersey Division of Taxation Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245 Taxation.Bankruptcy@treas.nj.gov | Taxes | | | | 465,000.00 |
| 4 | Borough of Paulsboro | Jessica Snyder Tax Collector 856-423-1500 jsnyder@paulsboronj.com | Pilot Tax Q2 2026 | | | | 187,802.55 |
| 5 | Angel Gonzalez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 37,093.00 |
| 6 | Mykel Horace c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 34,548.00 |
| 7 | Juan Perez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 33,347.00 |
| 8 | Jonathan Santiago c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 31,561.00 |

Debtor   **EEW American Offshore Structures Inc., et al.**
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Carlos Haynes c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 30,831.00 |
| 10 | Xavier Dowe c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 13,530.00 |
| 11 | Maurice Anthony c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 13,142.00 |
| 12 | Julian Brito c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,858.00 |
| 13 | Simon Moreno c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,666.00 |
| 14 | Delvis Galvan c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,666.00 |
| 15 | Julio Liriano c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,534.00 |
| 16 | Randolfo Fernandez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,305.00 |
| 17 | Carlos Jourdain c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,107.00 |
| 18 | Jose Gomez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,107.00 |
| 19 | David Vasquez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,086.00 |
| 20 | Raul de la Cruz c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,001.00 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2