# EXHIBIT B

# Exhibit B

### Non-Exclusive List of Ordinary Course Professionals

|  | Ordinary Course Professional | Services | Monthly Fee Cap | Aggregate Fee Cap |
|---|---|---|---|---|
| 1. | Bookkeeper360 | Bookkeeper / Accountant | $2,000 + one-time fee of $5,000 for closing of books | $17,000 |
| 2. | KPMG | Tax Advisor | $20,000 | $120,000 |
| 3. | Bill Caruso, Archer Public Affairs LLC | Public Relations and Communications Consulting Services | $7,500 | $45,000 |
| 4. | Tim Sullivan, TSG LLC | Government Affairs/Consulting Services | $25,000 | $150,000 |
| 5. | FBT Gibbons LLP | Law Firm: General Corporate & German Counsel Services | $40,000 | $240,000 |

18190360-1