**Fill in this information to identify the case and this filing:**

Debtor Name ___EEW American Offshore Structures, Inc.___

United States Bankruptcy Court for the: _____   District of __NJ__
(State)

Case number (If known): ___26-13901___

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule* __A/B__

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/2/2026__         ✖ /s/ Tom Pratt
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        Tom Pratt
                                        Printed name

                                        Chief Restructuring Officer
                                        Position or relationship to debtor

---

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>EEW AMERICAN OFFSHORE STRUCTURES INC., *et al.*,<br><br>Debtors.[1] | Case No.: 26-13901 (JNP)<br><br>Chapter 11<br><br>Judge: Jerrold N. Poslusny, Jr.<br><br>(Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS
AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession, EEW American Offshore Structures Inc. and EEW AOS Paulsboro Urban Renewal, LLC (each, a "Debtor," and collectively, the "Debtors"), are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of New Jersey (the "Court").

These *Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

**I.       Notes Applicable to All Schedules and Statements**

**Note 1: Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of April 8, 2026 (the "Petition Date").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are EEW American Offshore Structures Inc. (0270) and EEW AOS Paulsboro Urban Renewal, LLC (3844). The Debtors' mailing address is 100 Offshore Drive, Paulsboro, New Jersey 08066.

18168507-2

**Note 2: Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars. To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of the Petition Date.

**Note 3: Signatory**. Tom Pratt has signed each set of Schedules and Statements. Mr. Pratt serves as Chief Restructuring Officer of each of the Debtors, and he is an authorized signatory for each of the Debtors in these Chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Pratt has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their professionals. Mr. Pratt has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct, and accurate as of the date he signed the Schedules and Statements.

**Note 4: Basis of Presentation**. The Schedules and Statements were prepared by the Debtors based on financial information from the books and records available to them at the time of such preparation. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("U.S. GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The information herein is unaudited, preliminary, and subject to further review and potential adjustment.

**Note 5: Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date. Net book values may vary substantially from the actual market value of such property and other assets, and should not be relied upon or taken as evidence of such assets' actual market value.

**Note 6: Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

**Note 7: Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 8: Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or

18168507-2

recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action, or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 9: Claim Designation**. Any (i) failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" or (ii) designation of a claim in the Schedules and Statement as "not subject to offset" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed" or "not subject to offset." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed" or "subject to offset." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

**Note 10: Fiscal Year**. Each Debtor's fiscal year ends on June 30.

**Note 11: Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value.

**Note 12: Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." The Debtors may have material unliquidated liabilities, including liabilities with respect to potential Claims arising on account of the potential rejection of executory contracts and unexpired leases. These Claims are not included in the Debtors' summary of total liabilities, and, accordingly, the presented aggregate liability amount may materially understate the amount of liabilities assertable or allowable against the Debtors.

**Note 13: Undetermined Amounts**. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 14: Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist, and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements. The

18168507-2

Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these Chapter 11 cases that might conflict with the Schedules and Statements.

## II.    Notes to Schedules of Assets and Liabilities

### 1.  AOS Statements, Part 2, Question 7 - Deposits, including security deposits and utility deposits.

The Debtors' sublease with Paulsboro Waterfront Development, LLC ("PWD") requires the posting of a letter of credit as collateral for the Debtors' obligations under the sublease. The Debtors maintained a letter of credit at JPM Chase for that purpose. On or about April 6, 2026, PWD drew down the full amount of the letter of credit ($6.3mm) from JPM Chase on account of alleged defaults in rent. The Debtors dispute the existence of any default but acknowledge that the Q2 2026 base rent was due April 1, 2026 in the amount of $1,694,595 ("Q2 Base Rent"). The Q2 Base Rent has been fully satisfied out of the letter of credit collateral paid to PWD by JPM Chase. The balance of the draw by PWD was on account of alleged holdover rent; the Debtors dispute any holdover rent is due and intend to seek the return of such monies from PWD.

### 2.  AOS Statements, Part 5, Part 7, Part 8 – [Fixed Assets]

During the years prior to the Petition Date, as operations were winding down, the Debtors switched to an external accounting service, Bookkeeper360. As a result, certain items in the Debtors' financial statements have not yet been adequately reconciled. EEW and the Debtors are aware of these discrepancies, and are currently engaged in audit services with Aprio to identify and correct these items with Bookkeeper360. Because of this, the information shown for AOS in Schedule A/B, Parts 5 through 8, does not match the information on the balance sheet for AOS. Specifically, AOS does not currently hold any inventory, office equipment, or technical machinery – all assets pertaining to these categories have either been sold, scrapped, or transferred from AOS to URE. The financial statements for AOS show small balances for these items, but management of the Debtors has confirmed that these are accounting related and that AOS does not hold any assets that should be reported in Parts 5 through 8 of Schedule A/B.

18168507-2

### III. Notes to Statements of Financial Affairs

1. **AOS & URE Statements, Part 13, Question 26(d) – Creditors and other parties to whom a financial statement was issued within 2 years preceding commencement of this case.**

During the two (2) years prior to the Petition Date, the Debtors, through their advisor Hilco Corporate Finance, maintained a virtual data room (the "VDR") for due diligence purposes in connection with the marketing process for their assets; included in the VDR were copies of the Debtors financial statements (among hundreds of other documents relating to the Debtors, their assets, and operations). Multiple interested bidders executed non-disclosure agreements (NDAs) as a condition to access the VDR, and as such had access to the financial statements; the Debtors maintain a record of all persons who have access to the VDR, but due to the ongoing marketing process and the terms of the NDAs, it would be inappropriate to publicly disclose the identities of those parties. Prior to Hilco's engagement date (6/2025) and the subsequent set up of the VDR (8/2025), the relevant documents were compiled on the EEW AOS Dropbox and potential investors, interested parties were granted access to Dropbox. For the same reasons stated above, it would be inappropriate to publicly disclose the identities of those parties.

18168507-2

**Fill in this information to identify the case:**

Debtor name ___EEW American Offshore Structures, Inc._____

United States Bankruptcy Court for the:_____ District of __NJ___
(State)

Case number (If known): ___26-13901_____

☑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................... $ 0

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................... $ 127,087,424.19

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*......................................................................... $ 127,087,424.19

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........................... $ 9,675,973.84

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................... $ 3,262,199

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... + $ 14,224,238.29

4. **Total liabilities**...................................................................................... $ 27,162,411.13
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  EEW American Offshore Structures, Inc.

United States Bankruptcy Court for the: _____ District of NJ
(State)

Case number (If known): 26-13901

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ N/A

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Schedule A/B Attachment 1 | | | $ 466,819.72 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. N/A | $ |
| 4.2. | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 466,819.72

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Deposit for corporate credit card \| Held in JP Morgan acct. ending in 3313 | $ 30,000 |
| 7.2. Collateral for Line of Credit required by lease \| Held in JP Morgan acct. ending in 0989 | $ 6,612,763.31 |

Debtor   EEW American Offshore Structures, Inc.   Case number *(if known)* 26-13901
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Schedule A/B Attachment 2 (prepaid insurance and prepaid software)   $ 168,808.14

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ 6,811,571.45

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➡   $ _____
            face amount                  doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➡   $ _____
            face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _____

## Part 4: Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. EEW AOS Paulsboro Urban Renewal, LLC   100 %   Book value   $ 69,011,496.63

15.2. _____   ____ %   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ 69,011,496.63

Official Form 206A/B       Schedule A/B: Assets — Real and Personal Property       page 2

| Debtor | EEW American Offshore Structures, Inc. | Case number *(if known)* | 26-13901 |
|---|---|---|---|
| | Name | | |

## Part 5:   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

   ☑ **No.** Go to Part 6.

   ☐ **Yes.** Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.                                   $_____

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ☑ **No.** Go to Part 7.

   ☐ **Yes.** Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  EEW American Offshore Structures, Inc.    Case number *(if known)* 26-13901
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

❑ No

❑ Yes. Is any of the debtor's property stored at the cooperative?

  ❑  No

  ❑  Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No

❑ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No

❑ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

◼ No. Go to Part 8.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No

❑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor_____EEW American Offshore Structures, Inc._____   Case number *(if known)*__26-13901_____
        Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    EEW American Offshore Structures, Inc.    Case number *(if known)* 26-13901
_____    _____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.

❑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No

❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br> | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor  EEW American Offshore Structures, Inc.                     Case number *(if known)* 26-13901

Name

---

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐  No

☐  Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐  No

☐  Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐  No

☐  Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

■  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = → $_____

                               Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73.  **Interests in insurance policies or annuities**

_____                                         $_____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Interested party Adversary Proc. No. 26-01176, Bankr D.N.J.                    $ Approx $50M

| | | |
|---|---|---|
| **Nature of claim** | ----> | Breach of contract, declaratory judgment, breach of the covenant of good faith and fair dealing, and tortious interference |
| **Amount requested** | $ Approx $50M | |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                         $_____

**Nature of claim**     _____

**Amount requested**    $_____

76.  **Trusts, equitable or future interests in property**

_____                                         $_____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

48C(e) Qualifying Advanced Energy Project Credit                      $ Unknown

(granted by the IRS 1/10/2025)                                       $_____

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                   $ 50,000,000

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■  No

☐  Yes

---

Debtor __EEW American Offshore Structures, Inc._____ Case number *(if known)* __26-13901_____
       Name

---

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 466,819.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,811,571.45 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 69,011,496.63 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................................→ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 50,000,000 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 127,087,424.19 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................................................   $ 127,087,424.19

---

## Schedule AB: Part 1 - Cash and cash equivalents

| Debtor Name | Name of Institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | Current Value of Debtor's Interest |
|---|---|---|---|---|
| | | | | Closing balance: 4/8/2026 |
| EEW American Offshore Structures Inc. | JP Morgan Chase | Commercial Checking | ...8889 | $52,450.17 |
| EEW American Offshore Structures Inc. | JP Morgan Chase | Commercial Checking | ...9535 | $54,865.19 |
| EEW American Offshore Structures Inc. | JP Morgan Chase | Commercial Checking | ...2679 | $324,899.76 |
| EEW American Offshore Structures Inc. | JP Morgan Chase | Commercial Money Market | ...3313 | $349.42 |
| EEW American Offshore Structures Inc. | JP Morgan Chase | Commercial Money Market | ...0989 | $34,255.18 |
| | | | | |
| | | | Total: | $466,819.72 |
| | | | | |

| Schedule AB:  Part 2 - Deposits and prepayments | | |
|---|---|---|
| Debtor Name | Description, Including Name of Holder of Prepayment | Current Value of Debtor's Interest |
| | *Prepaid Insurance:* | |
| | *Workers' Comp / Marine / D&O Coverage* | |
| **EEW American Offshore Structures, Inc.** | **Conner Strong & Buckelew** | **$104,768.84** |
| | | |
| | *Prepaid Software Licenses:* | |
| | *Webex / Veeam / VSPHERE* | |
| **EEW American Offshore Structures, Inc.** | **Aspire** | **$54,039.30** |
| | | |
| | *Other Prepaid Expenses:* | |
| | *Warranties & Service Agreements* | *Approx:* |
| **EEW American Offshore Structures, Inc.** | **Atlas Copco | Shingle & Gibbs Automation** | **$10,000.00** |
| | | |
| | Total | **$168,808.14** |
| | | |
| | | |

Attachment 2
SOAL AB, P2, Q8